SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE ELLIS,<br><br>              Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, INC., and DOES 1 through 50,<br><br>             Defendant. | Case No. 1:11-CV-01300-AWI-MJS<br><br>**STIPULATION TO CONTINUE DISCOVERY AND RELATED DEADLINES; ORDER** |

**STIPULATION**

WHEREAS, Plaintiff Margie Ellis ("Plaintiff") filed a lawsuit against her former employer, Defendant Knight Transportation, Inc. ("Defendant"), on or about June 17, 2011 in the Superior Court of the State of California, Fresno County, alleging retaliation and wrongful termination against Defendant ("Complaint");

WHEREAS, on or about July 18, 2011, Defendant removed the instant action to this Court;

WHEREAS, on or about November 23, 2011, this Court issued a case management/ scheduling order, setting dates for various discovery and trial related deadlines;

-1-

WHEREAS, the Parties have been diligently engaged in both written discovery, document production, and depositions;

WHEREAS, during discovery, information and evidence was revealed regarding Plaintiff's damages, which has led the parties to believe informal resolution of this action is possible;

WHEREAS, the Parties have chosen to explore the possibility of informally resolving this matter, and believe that cessation of further discovery is needed, in an effort to avoid additional attorneys' fees and costs, which might make settlement of the action more difficult;

WHEREAS, the Parties do not want a cessation of discovery, for the purposes of pursuing settlement, to prejudice the Parties' ability to complete discovery at a later time in the event that a settlement cannot reached; and

WHEREAS, the Parties have in good faith agreed that a short extension of discovery and related deadlines will permit them to pursue settlement discussions without further attorneys' fees and costs;

NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that following currently set dates be continued for about 30 days as follows:

1. The Non-expert discovery cut-off currently set for July 16, 2012 be continued to August 20, 2012;

2. The Non-Dispositive Motion Filing Deadline currently set for August 23, 2012 be continued to September 6, 2012;

**IT IS SO STIPULATED.**

By: _____/s/Babak G. Yousefzadeh_____     Dated: July 24, 2012

Ronald J. Holland, Esq.
Babak G. Yousefzadeh, Esq.
SHEPPARD MULLIN RICHTER HAMPTON, LLP
Attorneys for Defendant

-3-

By:  _____/s/Todd B. Barsotti_____     Dated: July 24, 2012
    Todd B. Barsotti, Esq.
    BARSOTTI & BAKER, LLP
    Attorneys for Plaintiff

## ORDER

Plaintiff Margie Ellis ("Plaintiff") and Defendant Knight Transportation, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue Discovery and Related Dates currently set in this matter.  Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that:

    1.    The Non-expert discovery cut-off currently set for July 16, 2012 be continued to August 20, 2012.

    2.    The Non-Dispositive Motion Filing Deadline currently set for August 23, 2012 be continued to September 6, 2012.

IT IS SO ORDERED.

Dated:   July 25, 2012                                    /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE