SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE ELLIS,<br><br>              Plaintiff,<br><br>   v.<br><br>KNIGHT TRANSPORTATION, INC., and DOES 1 through 50,<br><br>              Defendant. | Case No. 1:11-CV-01300-AWI-MJS<br><br>**STIPULATION TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES; ORDER** |

## **STIPULATION**

WHEREAS, Plaintiff Margie Ellis ("Plaintiff") filed a lawsuit against her former employer, Defendant Knight Transportation, Inc. ("Defendant"), on or about June 17, 2011 in the Superior Court of the State of California, Fresno County, alleging retaliation and wrongful termination against Defendant;

WHEREAS, on or about July 18, 2011, Defendant removed the action to this Court;

WHEREAS, on or about November 23, 2011, this Court issued a case management/ scheduling order, setting dates for various discovery and trial related deadlines;

1    WHEREAS, during discovery the Parties came across information regarding
2 Plaintiff's damages, which led them to believe informal resolution of the action may be
3 possible;

4    WHEREAS, the Parties put remaining discovery on hold in an effort to avoid
5 additional attorneys' fees and costs while exploring the possibility of settling this matter;

6    WHEREAS, in order to explore settlement, the Parties agreed in good faith that a
7 short extension of discovery and related deadlines would be required to permit them to
8 pursue settlement discussions without prejudice to either Party in the event settlement
9 discussions were unsuccessful;

10    WHEREAS, with the prior agreement in mind, the Parties stipulated to a brief
11 extension of the discovery deadline in this matter on July 24, 2012, which stipulation was
12 adopted by order of this Court on July 25, 2012;

13    WHEREAS, thereafter the Parties pursued and explored informal resolution of this
14 matter through settlement talks between them, but were unsuccessful in their efforts;

15    WHEREAS, the Parties now need to continue and complete discovery to prepare
16 themselves for litigation of this action;

17    WHEREAS, the Parties anticipate remaining discovery to consist of several
18 depositions, including finishing Plaintiff's deposition, and taking the depositions of
19 Plaintiff's direct supervisor and some witnesses (such as a Department of Labor auditor
20 and some of Plaintiff's coworkers);

21    WHEREAS, the Parties have met and conferred regarding availabilities, and
22 anticipate completing the remaining discovery within the next two to three weeks;

23    WHEREAS, the continued discovery will not be completed until approximately the
24 same time as the current deadline for filing of dispositive motions in this matter;

25    WHEREAS, Defendant anticipates filing a dispositive motion in this matter, and
26 has advised Plaintiff of the same;

27    WHEREAS, even if the remaining discovery is completed in the brief timeline set
28 the Parties, Defendant will be unable to file a dispositive motion because the anticipated

1  discovery will end, at the earliest, a mere two days before the currently set dispositive
2  motion deadline;

3      WHEREAS, the Parties agree that the continuation and completion of discovery,
4  which was temporarily stayed so that the Parties could explore settlement, should not
5  prejudice Defendant's right or ability to file a dispositive motion as anticipated after the
6  completion of said discovery;

7      WHEREAS, for the foregoing reasons, the Parties have agreed in good faith to
8  briefly continue the currently set discovery and dispositive motion deadlines for four
9  weeks, so as to permit the completion of discovery and the opportunity for Defendant to
10 file a dispositive motion;

11     NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties,
12 through their respective counsel, that the following currently-set dates be briefly continued
13 as set forth below:

14     1.    The Non-expert Discovery Cut-off currently set for August 20, 2012 be
15         continued to October 5, 2012;

16     2.    The Non-Dispositive Motion Filing Deadline currently set for September 6,
17         2012 be continued to October 12, 2012;

18     3.    The Dispositive Motion Filing Deadline currently set for September 21, 2012
19         to be continued to October 19, 2012, or as soon thereafter as may be
20         convenient for the Court;

21     4.    The Dispositive Motion Hearing Deadline currently set for November 15,
22         2012 to be continued to December 13, 2012, or as soon thereafter as may be
23         convenient for the Court;

24     5.    To the extent the Court believes it is necessary to continue the currently set
25         pre-trial conference of January 9, 2013, and/or the currently set trial date of
26         March 12, 2013, the Parties stipulate to a brief four-week continuance of the
27         same to February 6, 2013 (pre-trial conference) and April 9, 2013 (trial date),
28         respectively.

-3-
Case No. 30-2010-00388395-AWI-MJS     STIPULATION TO CONTINUE DISCOVERY
AND DISPOSITIVE MOTION DEADLINES

1 | **IT IS SO STIPULATED.**

2 | By: _____/s/Babak G. Yousefzadeh_____   Dated: September 12, 2012

3 | Ronald J. Holland, Esq.
Babak G. Yousefzadeh, Esq.
4 | SHEPPARD MULLIN RICHTER HAMPTON, LLP
5 | Attorneys for Defendant

7 | By: _____/s/Todd B. Barsotti_____   Dated: September 12, 2012
8 | Todd B. Barsotti, Esq.
9 | BARSOTTI & BAKER, LLP
Attorneys for Plaintiff

-4-

Case No. 30-2010-00388395-AWI-MJS   STIPULATION TO CONTINUE DISCOVERY
AND DISPOSITIVE MOTION DEADLINES

**ORDER**

Plaintiff Margie Ellis ("Plaintiff") and Defendant Knight Transportation, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue Discovery and Dispositive Motion Deadlines currently set in this matter. Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that:

1. The Non-expert Discovery Cut-off is continued to October 5, 2012;
2. The Non-Dispositive Motion Filing Deadline is continued to October 12, 2012;
3. The Dispositive Motion Filing Deadline currently set for September 21, 2012 is continued to October 19, 2012.
4. The Dispositive Motion Hearing Deadline currently set for November 15, 2012 is continued to December 13, 2012.

Further, based on the continuations above, the Court believes it is necessary to continue the currently set pre-trial conference of January 9, 2013, and/or the currently set trial date of March 12, 2013, in order to accommodate the Court's calendar and availability. Accordingly:

5. The currently set pre-trial conference shall be continue to February 6, 2013.
6. The currently-set trial date shall be continued to April 9, 2013.

IT IS SO ORDERED.

Dated:   September 14, 2012         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE