IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARGIE ELLIS,**<br><br>　　　　　　**Plaintiff**,<br><br>　v.<br><br>**KNIGHT TRANSPORTATION, INC.,**<br>**and DOES 1 through 50,**<br><br>　　　　　　**Defendants.** | 1:11-CV-1300  AWI MJS<br><br>**ORDER VACATING**<br>**NOVEMBER 19, 2012**<br>**HEARING DATE AND ORDER**<br>**FOR ADDITIONAL BRIEFING** |

　　　　Currently set for hearing on November 19, 2012, is Defendant's motion for summary judgment. After review, the Court has determined that additional briefing on a particular issue/objection is appropriate.

　　　　In opposition, Plaintiff submitted a declaration that deals with a statement that was purportedly made by Defendant's Vice President of Human Resources, Glen Palmer. The declaration states that Palmer told Plaintiff on May 31, 2012, that Plaintiff's termination was wrongful and was done in retaliation for making a complaint to the Department of Labor for overtime wages. See Doc. No. 37 at ¶ 14. Defendant maintains that the declaration is a "sham" based on Plaintiff's previous deposition testimony. See Doc. No. 42 at pp. 66-67 re: Fact No. 11; see also Doc. No. at p. 6:16-7:5. The Court will require Plaintiff to respond to Defendant's "sham declaration" objection and will permit Defendant to file an additional reply to that response.

The Court is not aware of additional issues that require briefing at this time, and it does not appear to the Court that oral argument will be necessary after the additional briefing is received. See Local Rule 230(h). As such, the Court will vacate the hearing date, set a limited briefing schedule on the issue described above, and issue a ruling after the briefing has been completed. If, after receiving the additional briefing, or after further review, the Court determines that hearing on the summary judgment motion would be helpful, it will set a new hearing date at that time.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 19, 2012, hearing date is VACATED;
2. Plaintiff shall file a response to the "sham declaration" issue described above as soon as possible, but no later than 9:15 a.m. on November 27, 2012;
3. Defendant may file a reply to Plaintiff's response no later than 4:00 p.m. on November 30, 2012.[1]

IT IS SO ORDERED.

Dated:   November 15, 2012

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court is attempting to accommodate the Thanksgiving Holiday. If possible, the Court encourages both parties to file their respective responses sooner than the deadlines established.

2