SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE ELLIS,<br><br>                 Plaintiff,<br><br>          v.<br><br>KNIGHT TRANSPORTATION, INC., and<br>DOES 1 through 50,<br><br>                 Defendant. | Case No. 1:11-CV-01300-AWI-MJS<br><br>**STIPULATION TO CONTINUE<br>PRETRIAL HEARING AND TRIAL;<br>ORDER** |

1

## STIPULATION

2     WHEREAS, Plaintiff Margie Ellis ("Plaintiff") filed a lawsuit against her former

3 employer, Defendant Knight Transportation, Inc. ("Defendant"), on or about June 17, 2011

4 in the Superior Court of the State of California, Fresno County, alleging retaliation and

5 wrongful termination against Defendant;

6     WHEREAS, on or about July 18, 2011, Defendant removed the action to this Court;

7     WHEREAS, after discovery, Defendant filed a motion for partial summary

8 judgment on October 19, 2012, for which the regular and Court-requested supplemental

9 briefing continued until November 30, 2012;

10     WHEREAS, on December 14, 2012, the Court issued an order denying Defendant's

11 partial motion for summary judgment;

12     WHEREAS, the Parties have discussed exploring the possibility of settling this

13 matter through mediation before undergoing the time and costs of pre-trial preparation and

14 trial;

15     WHEREAS, the Parties have met and conferred on mediation and possible

16 mediators, and have agreed to mediate this matter before Judge William J. Cahill (Ret.) at

17 JAMS on February 27, 2013;

18     WHEREAS, in order to pursue mediation, the Parties require a short extension of

19 the upcoming Pretrial Conference and Trial dates; and

20     WHEREAS, the Parties agree that the short extension in question will not cause

21 prejudice to either Party in the event mediation is unsuccessful;

22     NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties,

23 through their respective counsel, that the following currently-set dates be briefly continued

24 as set forth below:

25     1.     The Pretrial Conference currently set for February 6, 2013 be continued to

26          May 1, 2013 at 8:30 a.m., or as soon thereafter as is convenient for the

27          Court; and

28

-2-

STIPULATION TO CONTINUE PRETRIAL
CONFERENCE AND TRIAL DATES

2.   The Trial of this matter, currently set to begin on April 9, 2013 be continued to begin on June 18, 2013 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

3.   All deadlines and other obligations associated with the Pretrial Conference or Trial dates (including the Parties' Joint Pretrial Conference Statement) will be reset based on the continued dates above.

**IT IS SO STIPULATED.**

By: _____/s/Babak G. Yousefzadeh_____      Dated: January 30, 2013
Ronald J. Holland, Esq.
Babak G. Yousefzadeh, Esq.
SHEPPARD MULLIN RICHTER HAMPTON, LLP
Attorneys for Defendant

By: _____/s/Todd B. Barsotti_____      Dated: January 30, 2013
Todd B. Barsotti, Esq.
BARSOTTI & BAKER, LLP

Attorneys for Plaintiff

SMRH:407970263.1

Case No. 1:11-CV-01300-AWI-MJS                          STIPULATION TO CONTINUE PRETRIAL
                                                        CONFERENCE AND TRIAL DATES

**ORDER**

Plaintiff Margie Ellis ("Plaintiff") and Defendant Knight Transportation, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue the Pretrial Conference and Trial Date currently set in this matter.   Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that:

1.   The Pretrial Conference currently set for February 6, 2013 be continued to May 1, 2013 at 8:30 a.m.;

2.   The Trial of this matter, currently set to begin on April 9, 2013 be continued to June 18, 2013 at 8:30 a.m.;

3.   All deadlines and other obligations associated with the Pretrial Conference or Trial dates (including the Parties' Joint Pretrial Conference Statement) will be reset based on the continued dates, above.

IT IS SO ORDERED.

Dated:   January 30, 2013

_____
SENIOR  DISTRICT  JUDGE

Case No. 1:11-CV-01300-AWI-MJS                                                ORDER