SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE ELLIS,<br><br>             Plaintiff,<br><br>      v.<br><br>KNIGHT TRANSPORTATION, INC., and DOES 1 through 50,<br><br>             Defendant. | Case No. 1:11-CV-01300-AWI-MJS<br><br>**STIPULATION TO CONTINUE PRETRIAL HEARING AND TRIAL; ORDER** |

# STIPULATION

WHEREAS, Plaintiff Margie Ellis ("Plaintiff") filed a lawsuit against her former employer, Defendant Knight Transportation, Inc. ("Defendant"), on or about June 17, 2011 in the Superior Court of the State of California, Fresno County, alleging retaliation and wrongful termination against Defendant;

WHEREAS, on or about July 18, 2011, Defendant removed the action to this Court;

WHEREAS, after discovery, Defendant filed a motion for partial summary judgment on October 19, 2012, for which the regular and Court-requested supplemental briefing continued until November 30, 2012;

WHEREAS, on December 14, 2012, the Court issued an order denying Defendant's partial motion for summary judgment;

WHEREAS, the Parties have discussed exploring the possibility of settling this matter through mediation before undergoing the time and costs of pre-trial preparation and trial;

WHEREAS, the Parties have met and conferred on mediation and possible mediators, and have agreed to mediate this matter before Judge William J. Cahill (Ret.) at JAMS on February 27, 2013;

WHEREAS, in order to pursue mediation, the Parties require a short extension of the upcoming Pretrial Conference and Trial dates; and

WHEREAS, the Parties agree that the short extension in question will not cause prejudice to either Party in the event mediation is unsuccessful;

NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the following currently-set dates be briefly continued as set forth below:

1. The Pretrial Conference currently set for February 6, 2013 be continued to May 1, 2013 at 8:30 a.m., or as soon thereafter as is convenient for the Court; and

1  2. The Trial of this matter, currently set to begin on April 9, 2013 be continued
2     to begin on June 18, 2013 at 8:30 a.m., or as soon thereafter as is convenient
3     for the Court.
4  3. All deadlines and other obligations associated with the Pretrial Conference or
5     Trial dates (including the Parties' Joint Pretrial Conference Statement) will
6     be reset based on the continued dates above.

**IT IS SO STIPULATED.**

By: _____/s/Babak G. Yousefzadeh_____   Dated: January 30, 2013
Ronald J. Holland, Esq.
Babak G. Yousefzadeh, Esq.
SHEPPARD MULLIN RICHTER HAMPTON, LLP
Attorneys for Defendant


By: _____/s/Todd B. Barsotti_____   Dated: January 30, 2013
Todd B. Barsotti, Esq.
BARSOTTI & BAKER, LLP
Attorneys for Plaintiff

SMRH:407970263.1

# ORDER

Plaintiff Margie Ellis ("Plaintiff") and Defendant Knight Transportation, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue the Pretrial Conference and Trial Date currently set in this matter. Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that:

1. The Pretrial Conference currently set for February 6, 2013 be continued to May 1, 2013 at 8:30 a.m.;
2. The Trial of this matter, currently set to begin on April 9, 2013 be continued to June 18, 2013 at 8:30 a.m.;
3. All deadlines and other obligations associated with the Pretrial Conference or Trial dates (including the Parties' Joint Pretrial Conference Statement) will be reset based on the continued dates, above.

IT IS SO ORDERED.

Dated:   January 30, 2013                                     _____
                                                             SENIOR DISTRICT JUDGE