SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE ELLIS,<br><br>              Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, INC., and DOES 1 through 50,<br><br>              Defendant. | Case No. 1:11-CV-01300-AWI-MJS<br><br>**STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE;  ORDER** |

**STIPULATION**

WHEREAS, Plaintiff Margie Ellis ("Plaintiff") filed a lawsuit against her former employer, Defendant Knight Transportation, Inc. ("Defendant"), on or about June 17, 2011 in the Superior Court of the State of California, Fresno County, alleging retaliation and wrongful termination against Defendant;

WHEREAS, on or about July 18, 2011, Defendant removed the action to this Court;

WHEREAS, Plaintiff and Defendant (collectively the "Parties") attended mediation on February 27, 2013, at which time they informally resolved all disputes arising out of and relate to Plaintiff's claims in the above-captioned matter;

NOW THEREFORE THE PARTIES HEREBY STIPULATE, by and through their undersigned counsel, that all of Plaintiff's claims against Defendant in the above-captioned matter be voluntarily dismissed with prejudice, and without costs awarded to either party, pursuant to the Parties' informal settlement of the same.

**IT IS SO STIPULATED.**

By: _____/s/*Todd B. Barsotti*_____     Dated: March 21, 2013
    Todd B. Barsotti, Esq.
    BARSOTTI & BAKER, LLP
    Attorneys for Plaintiff


By: _____/s/*Babak G. Yousefzadeh*_____     Dated: March 21, 2013
    Ronald J. Holland, Esq.
    Babak G. Yousefzadeh, Esq.
    SHEPPARD MULLIN RICHTER HAMPTON, LLP
    Attorneys for Defendant

SMRH:408109899.1

-1-

Case No. 1:11-CV-01300-AWI-MJS     STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER

**ORDER**

Based on the foregoing stipulation between the Parties, it is hereby ordered that the above-entitled matter be dismissed with prejudice, and without costs awarded to either party.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:  March 21, 2013                                    _____
                                                                                                            SENIOR DISTRICT JUDGE

-2-